UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BAGWELL,

    Plaintiff,

v.                                               Case No. 11-CV-10032
                                                         Honorable Denise Page Hood

OAKLAND COUNTY SHERIFF'S OFFICE,

    Defendants.

_____/

**JUDGMENT**

**IT IS SO ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date July 31, 2013, this cause of action is **DISMISSED** with prejudice. Accordingly, judgment is entered in favor of Defendant and against Plaintiff.

Dated at Detroit, Michigan this 31st day of July, 2013.

                                                                          DAVID J. WEAVER
                                                                          CLERK OF THE COURT

                                                                          BY: s/LaShawn Saulsberry
                                                                               Deputy Clerk

APPROVED:


s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE